1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

WENDY L. HUTZLER,

CASE NO.  11-CV-05672 RBL

12

Plaintiff,

ORDER ADOPTING REPORT AND
RECOMMENDATION

13

v.

14

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

15

Defendant.

16

The Court, having reviewed the Report and Recommendation of Judge J. Richard

17

18

Creatura, United States Magistrate Judge, on Defendant's Motion for Remand Pursuant to

19

Sentence Six, 42 U.S.C. § 405(g) (Stipulated) (ECF No. 8) and the relevant record does hereby

20

find and ORDER:

21

(1)     The Court adopts the Report and Recommendation;

22

(2)     The matter is REMANDED pursuant to sentence six of 42 U.S.C. § 405(g) to the

23

Commissioner for a *de novo* hearing;

24

(3)     This Court retains jurisdiction over this action;

25
26

ORDER - 1

(4)     After remand, the Commissioner of Social Security shall modify or affirm the

Commissioner's findings of fact or the Commissioner's decision, or both, and shall file with the

Court any such additional or modified findings of fact and decision;

(5)     If the outcome is still not fully favorable to Plaintiff, the Commissioner shall file

with the Court a transcript of the additional record and testimony on which the Commissioner's

action in modifying or affirming is based, and Plaintiff may seek judicial review by reinstating

this case rather than by filing a new complaint; and

(4)     If the outcome is favorable to Plaintiff, the parties shall move this Court for entry

of Judgment.

DATED this 7th day of November, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2