UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY L. HUTZLER,<br><br>    Plaintiff,<br><br>      v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:11-cv-05672-RSM<br><br>**ORDER OF REMAND** |

Based upon the parties' Stipulated Motion to Enter Judgment, and for cause shown, **IT IS ORDERED** that the Court enter final judgment to end this civil action.

DATED: 9/13/2024

_____
HON. RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE