UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY L. HUTZLER, | ) |
| | ) Case No. 3:11-cv-05672-RSM |
| Plaintiff, | ) |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court having approved the parties' Stipulated Motion to Enter Judgment lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Court enter final judgment to end this civil action.

DATED: 9/13/2024

HON. RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE